IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 727, | ) ) ) | |
| *Plaintiff,* | ) ) | Case No. 1:19-cv-05508 |
| v. | ) ) | Hon. Charles P. Kocoras |
| ADDIS PARKING & VALET, LLC, | ) ) | Hon. Sunil R. Harjani |
| *Defendant.* | ) ) | |

## ORDER AND FINAL JUDGMENT

The Court has before it the Motion For Entry Of Default Judgment filed by International Brotherhood of Teamsters, Local 727 ("Plaintiff"). On August 21, 2019, Plaintiff's complaint and an original summons were served on Addis Parking & Valet, LLC ("Defendant"). On September 20, 2019, an affidavit of said service was filed with the Court. Defendant has failed to respond to Plaintiff's complaint or appear in this matter. On November 19, 2019, Plaintiff filed its motion seeking default judgment. Accordingly, it is hereby Ordered:

1. Plaintiff's Motion For Entry Of Default Judgment is granted.

2. The Court's September 24, 2019, order is stricken.

3. Consistent with the terms of Defendant's collective bargaining agreement, Defendant is to specifically perform by, within 45 days of the entry of this order, commencing the process of arbitrating Plaintiff's grievance of August 14, 2018.

4. This case is dismissed and Clerk of the Court shall remove it from the docket of the Court.

5. This is a final, appealable order. *See* Fed. R. App. P. 4(a).

_____
Honorable Charles P. Kocoras

12/5/2019
_____
Dated